**Petition for Reinstatement from Inactive Status.**

**No. 163 DB 2001.**

Supreme Court of Pennsylvania.

May 21, 2002.

***ORDER***

PER CURIAM:

AND NOW, this 21st day of May, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated April 26, 2002, are approved and IT IS ORDERED that CHRISTINE AMANDA GRAY, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

**Susan SUSSMAN, Respondent,**

v.

**Stephen HARRIS, Petitioner.**

Supreme Court of Pennsylvania.

May 24, 2002.

***ORDER***

PER CURIAM.

AND NOW, this 24th day of May, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Court of Common Pleas of Delaware County to consider the effect of the inheritance received by Respondent on the parties' child support obligations based on this Court's decision in *Humphreys v. DeRoss,* 567 Pa. 614, 790 A.2d 281, 2002 WL 242469 (2002).

**Roger BUEHL, Craig Williams, Mumia Abu-Jamal, and Donald Tedford, Appellants,**

v.

**Martin HORN, Commissioner, Pennsylvania Department of Corrections; James Price, Superintendent, State Correctional Institution–Greene; and Ken Miller, G–Unit Manager, State Correctional Institution–Greene, Appellees.**

Supreme Court of Pennsylvania.

May 30, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of May, 2002, the order of the Commonwealth Court dated July 21, 2000, is hereby affirmed.